UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OCCUPY COLUMBUS,

    Plaintiff,

v.

CITY OF COLUMBUS, *et al.*,

    Defendants.

Case No. 2:13-CV-00519
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

### ORDER

The parties have informed the Court that they have reached a tentative agreement. Consequently, the parties jointly moved to stay proceedings on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. (ECF No. 10.) The parties' Motion is **GRANTED**. The parties are **DIRECTED** to advice the Court if additional proceedings become necessary.

    IT IS SO ORDERED.

_7-1-2013_
**DATE**

                                                 **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**